**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gary Lynn WARD, also known as**
**A. P., Defendant–Appellant.**

**No. 15–30634**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 22, 2016.

Carol Mignonne Griffing, Assistant U.S. Attorney, Brandon Bonaparte Brown, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Gary Lynn Ward, St. Charles, MO, pro se.

164

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gary Lynn Ward has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ward has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. However, in light of the nonreversible error in categorizing the conviction under 21 U.S.C. § 841(b)(1)(E)(ii), the judgment of the district court is REFORMED to show that Ward was convicted and sentenced under 21 U.S.C. § 841(b)(1)(E)(i). *See United States v. Mondragon-Santiago*, 564 F.3d 357, 369 (5th Cir.2009). Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.